1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HAMDAN FAYAD, | ) | Case No.: 10-CV-03372-LHK |
| | ) | |
| Plaintiff, | ) | ORDER SETTING BRIEFING |
| v. | ) | SCHEDULE REGARDING FEBRUARY |
| | ) | 24, 2011 MOTION HEARING |
| CAROL KELLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Defendants have filed a motion for summary judgment, which is set for a hearing date of February 24, 2011. *See* Dkt. #13. The Court finds it appropriate to order expedited briefing on this motion. Accordingly, Plaintiff's opposition or statement of non-opposition is due by Friday, January 14, 2011. Any reply is due by Friday, January 21, 2011.

**IT IS SO ORDERED.**

Dated: December 10, 2010                          *Lucy H. Koh*

                                                LUCY H. KOH
                                                United States District Judge

**United States District Court**
For the Northern District of California

Case No.: 10-CV-03372-LHK
ORDER SETTING BRIEFING SCHEDULE