UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HAMDAN FAYAD, | ) | Case No.: 10-CV-03372-LHK |
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY |
| v. | ) ) | |
| CAROL KELLER, et al., | ) ) | (re: docket #15) |
| Defendants. | ) | |

Plaintiff's motion for an extension of time, until January 18, 2011, to file his Opposition to Defendants' motion for summary judgment and his cross-motion for summary judgment is GRANTED. Defendants' Reply, if any, is now due by Tuesday, January 25, 2011.

**IT IS SO ORDERED.**

Dated: January 18, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge