Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513 (phone)
(415) 840-0308 (fax)

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAMDAN FAYAD,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROL KELLER,<br>JOSE SUB-OFFICE; ET AL.,<br><br>  Defendants. | No.   CV 10-3372 LHK<br>Alien No.   077-175-724<br><br>STIPULATION TO RESET HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT; ~~PROPOSED~~ ORDER |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to reset the hearing date on Defendants' motion for summary judgment, and Plaintiff's cross motion for summary judgment which is currently scheduled for February 24, 2011 at 1:30 p.m. This motion is made on the following grounds:

1. On December 1, 2010, Defendants filed a motion for summary judgment, and thereafter, a hearing on that motion was scheduled for February 24, 2011. On January 18, 2011, Plaintiff filed a cross motion for summary judgment and Opposition to Defendants' Motion for Summary Judgment.

2. Counsel for plaintiff, Mr. Robert Jobe, recently learned of an unexpected family conflict that will require him to be away from the office on the date of the scheduled hearing.

Plaintiff's counsel contacted Mr. Glenn Girdharry, of the Office of Immigration Litigation, who agreed to continue the case until March 10, 2011, the first available Thursday motions calendar hearing date.

    3.    The parties hereby stipulate, subject to the approval of the Court, to reset the hearing date to March 10, 2011 at 1:30 p.m. Accordingly, the parties respectfully request that, pursuant to their stipulation, the Court reset the hearing date to March 10, 2011 at 1:30 p.m.

Dated: February 4, 2011                                              Respectfully submitted,

                                                                                       /s/

                                                ROBERT B. JOBE[1]
                                               Law Office of Robert B. Jobe
                                               Attorney for Plaintiffs

Dated: February 4, 2011                                              Glenn Girdharry

                                                                            /s/ (with consent)

                                               Glenn Girdharry
                                             Office of Immigration Litigation
                                             Attorney for Defendants

---

[1] I, Robert B. Jobe, attest that both Glenn Girdharry and I have signed this document.

Stipulation to Reset Hearing Date; [Proposed] Order
C 10-3372 LHK

1
2                          **[~~PROPOSED~~] ORDER**
3        Pursuant to stipulation, IT IS HEREBY ORDERED that the motions hearing is
4   reset to  Thursday, March 10, 2011 at 1:30 p.m.
5            IT IS SO ORDERED.
6
7   Dated:   February 7, 2011
8                                              _____
                                                LUCY H. KOH
9                                               UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  Stipulation to Reset Hearing Date; [~~Proposed~~] Order
    C 10-3372 LHK