**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAMDAN FAYAD,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CAROL KELLER, et al.,<br><br>　　　　　Defendants. | Case No.: 10-CV-03372-LHK<br><br>ORDER DISMISSING CASE |

On September 13, 2011, the United States Court of Appeals for the Ninth Circuit issued an Order granting Plaintiff's voluntary dismissal of the appeal in this matter. *See* Dkt. #26. The September 13, 2011 Order remanded this matter to this Court for dismissal.

In light of the Ninth Circuit's Order, this action is DISMISSED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 16, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-03372-LHK
ORDER DISMISSING CASE