UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HAMDAN FAYAD, | ) | Case No.: 10-CV-03372-LHK |
| Plaintiff, | ) ) | ORDER DISMISSING CASE |
| v. | ) ) | |
| CAROL KELLER, et al., | ) ) | |
| Defendants. | ) | |

On September 13, 2011, the United States Court of Appeals for the Ninth Circuit issued an Order granting Plaintiff's voluntary dismissal of the appeal in this matter. *See* Dkt. #26. The September 13, 2011 Order remanded this matter to this Court for dismissal.

In light of the Ninth Circuit's Order, this action is DISMISSED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 16, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge